UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
MEMPHIS DIVISION

Martha Jean Bolton, Plaintiff,

v.

Amazon Fulfillment, Defendant.

Case No.: _____

# COMPLAINT

### I. Jurisdiction
1. This action arises under Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e et seq.
2. This Court has jurisdiction pursuant to 28 U.S.C. § 1331 (federal question jurisdiction).
3. Plaintiff received a Notice of Right to Sue from the Equal Employment Opportunity Commission (EEOC) dated January 21, 2026, and this action is filed within ninety (90) days of receipt of that notice.

### II. Parties
4. Plaintiff, Martha Jean Bolton, is an adult resident of Memphis, Tennessee.
5. Defendant, Amazon Fulfillment, is an employer subject to Title VII and conducts business in the United States.

### III. Factual Allegations
6. Plaintiff was employed at an Amazon Fulfillment facility through a work arrangement involving Amazon Fulfillment.
7. During Plaintiff's employment, she was subjected to race-based discrimination and retaliation after engaging in protected activity.
8. On or about December 31, 2024, Plaintiff's employment was terminated.
9. Defendant's actions caused Plaintiff loss of income, emotional distress, and other damages.

### IV. Claims for Relief
10. Defendant discriminated against Plaintiff on the basis of race in violation of Title VII of the Civil Rights Act of 1964.
11. Defendant retaliated against Plaintiff for engaging in protected activity, in violation of Title VII.

### V. Damages
12. As a result of Defendant's unlawful conduct, Plaintiff suffered lost wages, emotional distress, and other compensatory damages.

### VI. Relief Requested
WHEREFORE, Plaintiff respectfully requests that the Court:
a. Declare that Defendant's conduct violated federal law;
b. Award compensatory damages;
c. Award any other relief the Court deems just and proper.

### VII. Jury Demand
13. Plaintiff demands a trial by jury on all issues so triable.

Respectfully submitted,

_____
**Martha Jean Bolton**
Plaintiff, Pro Se
Memphis, Tennessee

Date: _____